*Wednesday, February 10, 1999*

## MERIT DOCKET

**99–265. State v. Lantz.**
Perry App. No. 9763. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment entry,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed as moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.